IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 08 B 27624 |
| | ) | |
| FULBRIGHT, JESSE AND CYNTHIA, | ) | Chapter 13 |
| | ) | Hon. Susan Pierson Sonderby |
| Debtors. | ) | |

NOTICE OF CONVERSION
FROM CHAPTER 13 TO CHAPTER 7

To:    1.  Office of Tom Vaughn, Chapter 13 Trustee
       2.  Office of the United States Trustee, William T. Neary

Notice is hereby given that, pursuant to Rule 1017(f)(3) of the Rules of Bankruptcy Procedure and Rule 1300 of the Rules of the United States Bankruptcy Court for the Northern District of Illinois, that the Debtors have exercised their right under 11 U.S.C. § 1307(a) to convert their Chapter 13 case to a case under Chapter 7 of the United States Bankruptcy Code.

JESSE FULBRIGHT
CYNTHIA FULBRIGHT

By:

/s/ Peter L Berk
One of their attorneys

Law Office of Peter L Berk
Peter L Berk, Esq.
79 W. Monroe, Suite 900
Chicago, IL 60603
312.759.2838

CERTIFICATE OF SERVICE

I, Peter L Berk, an attorney, certify that service of the foregoing notice was accomplished via ECF electronic notice, to the registered addresses of the parties listed above, before the hour of 5 p.m. on September 15, 2009.

/s/ Peter L Berk